**CYRUS YOO KIM, Plaintiff–Appellant,**

v.

**TARGA REAL ESTATE SERVICE, INC; et al., Defendants–Appellees.**

No. 09–35054.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 19, 2009.

Cyrus Yoo Kim, Federal Way, WA, pro se.

Aaron Shawn Hicks, Law Office of A. Shawn Hicks, Seattle, WA, Brian A. Christensen, Jerry Moberg & Associates, Ephrata, WA, Aaron Gregory Walls, City of Federal Way, Federal Way, WA, for Defendants–Appellees.

Before KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Cyrus Yoo Kim appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action challenging the impounding of his car. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Canatella v. Van De Kamp,* 486 F.3d 1128, 1132 (9th Cir.2007). We affirm.

The district court properly dismissed Kim's action because it was filed well after the applicable three-year statute of limitations had expired. *See Bagley v. CMC Real Estate Corp.,* 923 F.2d 758, 760 (9th Cir.1991) (explaining that the statute of limitations for a § 1983 action filed in Washington "is the three-year limitation of Wash. Rev.Code § 4.16.080(2)").

The district court did not abuse its discretion by denying Kim's motion for reconsideration because Kim did not identify any new evidence, change in law, clear error, or manifest injustice. *See Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.,* 5 F.3d 1255, 1262–63 (9th Cir.1993) (reviewing district court's denial of a motion to reconsider for an abuse of discretion and setting forth requirements for reconsideration).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.